UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANA RUTH LIXENBERG,<br><br>Plaintiff,<br><br>v.<br><br>THE FORWARD ASSOCIATION, INC., a New York corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 1:22-cv-04149-PKC<br><br>**NOTICE OF DISMISSAL OF ACTION WITH PREJUDICE** |

**TO THE HONORABLE COURT, ALL PARTIES, AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT Plaintiff Dana Ruth Lixenberg, by and through her undersigned attorneys, hereby dismisses this action in its entity pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), with prejudice, and with each party bearing its own costs and attorneys' fees.

Dated:   New York, New York
         July 1, 2022

Respectfully Submitted,

DONIGER / BURROUGHS

By: */s/ Scott A Burroughs*
    Scott Alan Burroughs, Esq.
    Laura M. Zaharia, Esq.
    247 Water Street, First Floor
    New York, New York 10038
    Telephone: (310) 590-1820
    scott@donigerlawfirm.com
    lzaharia@donigerlawfirm.com
    *Attorneys for Plaintiff*

1